# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **SACV 09-190-JVS (RNBx)**                                         Date: **March 4, 2010**

Title:  **Robino Abad, et al. v. General Nutrition Centers, Inc.**

## DOCKET ENTRY

PRESENT:

**HON. ROBERT N. BLOCK, UNITED STATES MAGISTRATE JUDGE**

| Kerri Glover | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:
   None present                                                                      None present

**PROCEEDINGS:  (IN CHAMBERS)**

     On or prior to **March 25, 2010**, plaintiff Ligaya Manalo is ordered to show cause in writing why she should not be monetarily sanctioned in the amount of $1,000 for her failure to appear in person for the settlement conference calendared for today's date, as previously ordered by the Court.  If plaintiff Manalo intends to rely on a medical excuse for her failure to appear, then in addition to her own declaration setting forth the basis for her contention that she was physically unable to travel to Santa Ana for today's settlement conference, she will need to provide competent evidence from her physician of record attesting to plaintiff Manalo's inability to travel to Santa Ana for today's settlement conference and specifying the nature of her physical impairment(s).  If the response to this Order to Show Cause does discuss plaintiff's medical condition, permission is hereby granted for the response to be filed under seal.


cc:    Judge Selna


MINUTES FORM 11                                                                                  Initials of Deputy Clerk     klg
CIVIL-GEN