UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBINO ABAD, et al.,<br><br>      Plaintiffs,<br><br>  vs.<br><br>GENERAL NUTRITION CENTERS, INC.,<br><br>      Defendant. | Case No. SACV 09-190-JVS(RNBx)<br><br>**JUDGMENT PURSUANT TO RULE 54(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

      This action came before the Court for a trial by jury as to the claims of Plaintiffs Robino Abad, Frances Abrams, Ashley Abramson, Lester Acevedo, Greta Ansine, Isaac Bailey, and Amelie Bernard (collectively, the "Phase 1 Plaintiffs"). The trial of the Phase 1 Plaintiffs' claims took place before a jury from June 11-20, 2013, except that the Phase 1 Plaintiffs' claims under the Labor Code Private Attorneys General Act of 2004 (PAGA) were submitted to the Court for determination following the jury trial. The jury, having heard and considered the evidence, returned its verdict against the Phase 1 Plaintiffs and in favor of Defendant General Nutrition Centers, Inc. (GNC) on each of the Phase 1 Plaintiffs' causes of action so tried. [Special Verdict Forms (ECF Nos. 128-135).] Subsequently, the Court, having considered the parties' post-trial submissions

regarding the Phase 1 Plaintiffs' PAGA claims, ordered that GNC is entitled to judgment as a matter of law as to the Phase 1 Plaintiffs' PAGA claims. [Order re PAGA Claims (ECF No. 163).]

There being no just reason for delay, IT IS ORDERED, ADJUDGED AND DECREED that, consistent with the jury's verdict and the Court's Order, final judgment in favor of Defendant and against the Phase 1 Plaintiffs be entered on all claims raised by the Phase 1 Plaintiffs in this action. This order disposes of all causes of action asserted by the Phase 1 Plaintiffs in this action. Accordingly, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court enters final judgment in favor of Defendant and against the Phase 1 Plaintiffs.

Defendant is entitled to recover from the Phase 1 Plaintiffs its costs in accordance with applicable law.

**IT IS SO ORDERED.**

Dated: February 26, 2014

_____
THE HONORABLE JAMES V. SELNA,
UNITED STATES DISTRICT COURT JUDGE
CENTRAL DISTRICT OF CALIFORNIA